UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Thomas J. Orr
321 High Street
Burlington, NJ 08016
Attorney for Debtor
tom@torrlaw.com
(609)386-8700

In Re:

Diana Kazlauskas-Shaw,

Debtor.

Order Filed on December 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. <u>18-30886 (CMG)</u>

Chapter: <u>13</u>

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**

**DATED: December 2, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Thomas J. Orr</u>, the applicant is allowed a fee of $ __997.50__ for services rendered and expenses in the amount of $ __0__ for a total of $ __997.50__. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ __450.00__ per month for __23__ months to allow for payment of the above fee.

*Rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-30886-CMG
Diana M. Kazlauskas-Shaw  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 02, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

**Recip ID**    **Recipient Name and Address**
db      + Diana M. Kazlauskas-Shaw, 240 Petticoat Bridge Road, Columbus, NJ 08022-1405

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo
     docs@russotrustee.com

Andrew L. Spivack
     on behalf of Creditor DITECH FINANCIAL LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com

Denise E. Carlon
     on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINTMORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John R. Morton, Jr.
     on behalf of Creditor Ally Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com

John R. Morton, Jr.
     on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Sindi Mncina

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 02, 2020 | Form ID: pdf903 | Total Noticed: 1 |

        on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINTMORTGAGE SERVICING smncina@rascrane.com

Thomas J Orr

        on behalf of Debtor Diana M. Kazlauskas-Shaw tom@torrlaw.com  xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8