**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Thomas J. Orr**
**321 High Street**
**Burlington, NJ 08016**
**Attorney for Debtor**
**tom@torrlaw.com**
**(609)386-8700**

In Re:

Diana Kazlauskas-Shaw,

Case No.: 18-30886 (CMG)

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☒ Motion for Relief from the Automatic Stay filed by ____Shellpoint Mortgage____,

    Creditor.

    A hearing has been scheduled for __December 16, 2020__ at __10:00am__.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____ at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons (**choose one**):

    ☐ Payments have been made in the amount of $_____, but have not been accounted for.

    Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other (**explain your answer**): I am current with mortgage payments through and including November. I have spoken with the mortgage company and they have confirmed that my post bankruptcy payments were mistakenly credited to pre petition arrears. I tried to speak to them today to confirm this motion would be withdrawn but was unable to reach anyone.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: December 9, 2020                                    /s/Diana Kazlauskas-Shaw
                                                          Debtor's Signature

Date: _____                                    _____
                                                          Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*