Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

         Case No.:  18−30886−CMG
         Chapter:  13
         Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diana M. Kazlauskas−Shaw
   240 Petticoat Bridge Road
   Columbus, NJ 08022

Social Security No.:
   xxx−xx−5747

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 7, 2021.


Dated: May 7, 2021
JAN: bwj

         Jeanne Naughton
         Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 18-30886-CMG

Diana M. Kazlauskas-Shaw                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                                   Page 1 of 3
Date Rcvd: May 07, 2021              Form ID: plncf13                            Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana M. Kazlauskas-Shaw, 240 Petticoat Bridge Road, Columbus, NJ 08022-1405 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINTMORTGAGE SERVICING, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517917104 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517824531 | | Ditech Bankruptcy Department, Acct No xxxxxx2634, PO Box 6154, Rapid City, SD 57709-6154 |
| 517824532 | + | Ditech Financial, LLC, Acct No xxxxxx2634, 1100 Virginia Drive, Suite 100A, Fort Washington, PA 19034-3277 |
| 517824533 | | ECMC, Acct No xxxxxx1830, Bankruptcy Department, PO Boc 16408, Saint Paul, MN 55116-0408 |
| 517824534 | | ECMC, Bankruptcy Department, PO Boc 16408, Saint Paul, MN 55116-0408 |
| 517824535 | | Federal Loan Servicing, Acct No xxxxxx1830, PO Box 69184, Harrisburg, PA 17106-9184 |
| 517824536 | | Federal Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 517824537 | #+ | KML Law Group, Acct No xxxxxx2634, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 518187796 | + | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518187797 | + | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC DBA Shellpoint Mortgage Servi, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517824539 | + | Pennsylvania Turnpike Commision, Acct No xxxx6783, 700 South Eisenhower Boulevard, Middletown, PA 17057-5529 |
| 517824540 | | Professional Account Management, Acct No xxxx6783, PO Box 1153, Milwaukee, WI 53201-1153 |
| 518167795 | | U S Department of Education, P O Box 16448, St. Paul, MN 55116-0448 |
| 518143830 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 517824541 | | U.S. Department of Education, Acct No xxxxxx1830, Office of General Counsel, 400 Maryland Avenue SW, Room 6E353 Washington, DC 20202-2110 |
| 517824542 | | U.S. Department of Education, Office of General Counsel, 400 Maryland Avenue SW, Room 6E353, Washington, DC 20202-2110 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 07 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 07 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517824529 | | Email/Text: ally@ebn.phinsolutions.com | May 07 2021 20:35:00 | Ally, Acct No xxx-xxxx-x9033, PO Box 380901, Minneapolis, MN 55438-0901 |
| 517824528 | | Email/Text: ally@ebn.phinsolutions.com | May 07 2021 20:35:00 | Ally, Acct No xxx-xxxx-x9405, PO Box 380901, Minneapolis, MN 55438-0901 |
| 517858629 | | Email/Text: ally@ebn.phinsolutions.com | May 07 2021 20:35:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517858667 | | Email/Text: ally@ebn.phinsolutions.com | May 07 2021 20:35:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517824530 | + | Email/Text: bk@coastprofessional.com | May 07 2021 20:37:00 | Coast Professional, Inc., Acct No 1029641830, PO Box 2899, West Monroe, LA 71294-2899 |
| 517824538 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

| | | | | |
|---|---|---|---|---|
| | | | May 07 2021 20:36:00 | Kohl's/Capital One, Acct No xxx-xxx8-459, PO Box 3120, Milwaukee, WI 53201-3120 |
| 518578868 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2021 21:56:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578867 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2021 21:56:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517949516 | + | Email/Text: bncmail@w-legal.com | May 07 2021 20:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518536150 | + | Email/PDF: gecsedi@recoverycorp.com | May 07 2021 21:56:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518321155 | + | Email/PDF: gecsedi@recoverycorp.com | May 07 2021 21:55:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517942379 | | DITECH FINANCIAL, LLC |
| cr | *+ | Ally Capital, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINTMORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: May 07, 2021 | Form ID: plncf13 | Total Noticed: 32

        on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Sindi Mncina

        on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINTMORTGAGE SERVICING smncina@raslg.com

Thomas J Orr

        on behalf of Debtor Diana M. Kazlauskas-Shaw tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8