Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−30886−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diana M. Kazlauskas−Shaw
   240 Petticoat Bridge Road
   Columbus, NJ 08022

Social Security No.:
   xxx−xx−5747

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/21/21 at 09:00 AM

to consider and act upon the following:

68 − Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 2016 Ram 2500. Fee Amount $ 181. filed by Creditor Ally Financial, Motion for Relief from Co−Debtor Stay of Francis J. Shaw, 37 Order on Motion For Relief From Stay) filed by Regina Cohen on behalf of Ally Financial. Objection deadline is 07/6/2021. (Attachments: # 1 Proposed Order # 2 Certification # 3 Exhibit Payment History # 4 Exhibit Consent Order # 5 Certificate of Service) (Cohen, Regina)

Dated: 7/6/21

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court