UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Lavin, Cedrone, Graver, Boyd & DiSipio
1300 Route 73, Suite 307
Mt. Laurel, NJ 08054
(856) 778-5544
Attorneys for Ally Financial Inc.

IN RE:

DIANA M. KAZLAUSKAS-SHAW

                Debtor

Case No. 18-30886(CMG)

Chapter 13

Hearing Date:

Judge:  Christine M. Gravelle

# CERTIFICATION OF CONSENT
# REGARDING CONSENT ORDER

    I certify that with respect to the Consent Order Resolving <u>Ally Financial Inc.'s Motion for Relief from Stay and Co-Debtor Stay</u> submitted to the Court, the following conditions have been met:

(a)    The terms of the consent order are identical to those set forth in the original consent order;

(b)    The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c)    I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)    I will make the original consent order available for inspection on request of the Court or any party in interest; and

<u>Final paragraph options</u>:

☐    (e)    *If submitting the consent order and this certification to the Court conventionally*, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

■    (e)    *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date:   August 16, 2021             /s/ Regina Cohen
                                             Signature of Attorney

2268029v1