Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−30886−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Diana M. Kazlauskas−Shaw
    240 Petticoat Bridge Road
    Columbus, NJ 08022

Social Security No.:
    xxx−xx−5747

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/15/21 at 09:00 AM

to consider and act upon the following:

*78* − Creditor's Certification of Default (related document:39 Motion for Relief from Stay re: 240 Petticoat Bridge Road, Columbus, NJ 08022. Fee Amount $ 181. filed by Creditor NEWREZ LLC D/B/A SHELLPOINTMORTGAGE SERVICING, 45 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of NEWREZ LLC D/B/A SHELLPOINTMORTGAGE SERVICING. Objection deadline is 12/1/2021. (Attachments: # 1 Exhibit "A" # 2 Affidavit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 11/30/21

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court