|  | UNITED STATES BANKRUPTCY COURT |
|---|---|
| IN RE: | DISTRICT OF NEW JERSEY |
| Diana M. Kazlauskas-Shaw | Case No.: 18-30886 |
|  | Hearing Date: |
| Debtor(s) | Judge: CMG |

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

I[We], Diana M. Kazlauskas-Shaw _____ am [are] the debtor[s] in the above-captioned Ch. 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket on December 29, 2021.

1) The Chapter 13 plan was originally confirmed by order entered on May 7, 2021.

2) I was current with plan payments through October 2021.

3) I was current with post-petition mortgage payments through December 2021 on property located at 240 Petticoat Bridge Road, Columbus, NJ 08022 (post-petition arrears rolled into plan).

[If not applicable, skip] [if more than 1 property add additional lines]

  a) The mortgage payments referred to above are ☑ contractual payments ☐ adequate protection payments. [Check one]

  b) I am current with post-petition real estate taxes on the property located at
  240 Petticoat Bridge Road, Columbus, NJ 08022

    ● YES ○ NO

  c) I have current liability insurance on the property and can provide proof thereof.

    ● YES ○ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:

  a) I am current with post-petition real estate taxes on the property located at
  n/a

    ○ YES ○ NO

  b) I have current liability insurance on the property and can provide proof thereof.

    ○ YES ○ NO

5) I was current with post-petition auto payments through <u>December 2021</u> on the following automobile(s). [If not applicable, skip]
<u>2016 Dodge Ram (post-petition arrears rolled into plan)</u>

6) The change in my household income previously reported on Schedule I is $ <u>7,266</u>. My current household income is $ <u>7,266</u>. I have attached a current paystubs or proof of the change in income to this certification. [Redact any personally identifiable information before docketing.] My current total household expenses are now $ <u>6,687</u>.

7) As a result of COVID-19 I have suffered a material financial hardship which has impacted me in the following way:

> I work in the elective surgery department at a hospital. Elective procedures are canceled as COVID surges. I was out of work for about 2 separate weeks with reactions to the vaccine. My husband is a trucker. His work is not consistent. My adult son had to move back home because his work is down due to COVID.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: <u>December 29, 2021</u>                         _____
                                                                                    Debtor Signature

Dated: _____                        _____
                                                                                    Debtor Signature