UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Thomas J. Orr
321 High Street
Burlington, NJ 08016
Attorney for Debtor
tom@torrlaw.com
(609)386-8700

In Re:

Diana Kazlauskas-Shaw,

Debtor.

Case No. 18-30886 (CMG)

Chapter: 13

Hearing Date: February 2, 2022; 10:00am

### CERTIFICATION OF SERVICE

1. I, Thomas J. Orr:

    ☒ represent the Debtor in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On January 4, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Modified Chapter 13 Plan
    Certification of Debtor in Support of Covid-19 Chapter 13 Plan Modification

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: January 4, 2022                /s/Thomas J. Orr

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Diana Kazlauskas-Shaw<br>240 Petticoat Bridge Road<br>Columbus, NJ  08022 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>   (as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other ECF_____<br>   (as authorized by the court*) |
| United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>   (as authorized by the court*) |
| Officer, Managing or General Agent<br>Ally Financial<br>PO Box 380901<br>Minneapolis, MN  55438-0901 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>   (as authorized by the court*) |
| Officer, Managing or General Agent<br>Ditech Bankruptcy Department<br>PO Box 6154<br>Rapid City, SD  57709-6154 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>   (as authorized by the court*) |

| Name/Address | Party | Delivery Method |
|---|---|---|
| Officer, Managing or General Agent<br>Ditech Financial, LLC<br>1100 Virginia Drive<br>Suite 100A<br>Fort Washington, PA 19034 | Additional Party for Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court*) |
| KML Law Group<br>216 Haddon Avenue<br>Suite 406<br>Collingswood, NJ 08108 | Additional Party for Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court*) |
| Officer, Managing or General Agent<br>Kohl's/Capital One<br>PO Box 3120<br>Milwaukee, WI 53201 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court*) |
| Officer Managing or General Agent<br>Pennsylvania Turnpike Commission<br>700 South Eisenhower Blvd.<br>Middletown, PA 17057 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court*) |
| U.S. Department of Education<br>Office of General Counsel<br>400 Maryland Avenue SW<br>Room 6E353<br>Washington, DC 20202-2110 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court*) |
| Officer, Managing or General Agent<br>Professional Account Management<br>PO Box 1153<br>Milwaukee, WI 53201-1153 | Additional Party for Pennsylvania Turnpike Commission | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Officer Managing or General Agent<br>Coast Professional, Inc.<br>PO Box 2899<br>West Monroe, LA  71294 | Additional Party for U.S. Department of Education | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>   (as authorized by the court*) |
| Officer, Managing or General Agent<br>ECMC<br>Bankruptcy Department<br>PO Box 16408<br>St. Paul, MN  55116-0408 | Additional Party for U.S. Department of Education+ | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>   (as authorized by the court*) |
| Officer, Managing or General Agent<br>Federal Loan Servicing<br>PO Box 69184<br>Harrisburg, PA  17106-9184 | Additional Party for U.S. Department of Education | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>   (as authorized by the court*) |
| Officer Managing or General Agent<br>Professional Account Management<br>PO Box 1153<br>Milwaukee, WI  53201-1153 | Additional Party for U.S. Department of Education | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>   (as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>   (as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other _____<br>   (as authorized by the court*) |