Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−30886−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diana M. Kazlauskas−Shaw
   240 Petticoat Bridge Road
   Columbus, NJ 08022

Social Security No.:
   xxx−xx−5747

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      3/16/22
Time:      12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Thomas J. Orr, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,592.50

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 22, 2022
JAN:

                                                             Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Diana M. Kazlauskas-Shaw  
    Debtor

Case No. 18-30886-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Feb 22, 2022      Form ID: 137      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana M. Kazlauskas-Shaw, 240 Petticoat Bridge Road, Columbus, NJ 08022-1405 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517824531 | | Ditech Bankruptcy Department, Acct No xxxxxx2634, PO Box 6154, Rapid City, SD 57709-6154 |
| 517824532 | + | Ditech Financial, LLC, Acct No xxxxxx2634, 1100 Virginia Drive, Suite 100A, Fort Washington, PA 19034-3277 |
| 517824535 | | Federal Loan Servicing, Acct No xxxxxx1830, PO Box 69184, Harrisburg, PA 17106-9184 |
| 517824536 | | Federal Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 517824537 | + | KML Law Group, Acct No xxxxxx2634, Mellon Independence Center, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 517824539 | + | Pennsylvania Turnpike Commision, Acct No xxxx6783, 700 South Eisenhower Boulevard, Middletown, PA 17057-5529 |
| 517824540 | | Professional Account Management, Acct No xxxx6783, PO Box 1153, Milwaukee, WI 53201-1153 |
| 518143830 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 517824541 | | U.S. Department of Education, Acct No xxxxxx1830, Office of General Counsel, 400 Maryland Avenue SW, Room 6E353 Washington, DC 20202-2110 |
| 517824542 | | U.S. Department of Education, Office of General Counsel, 400 Maryland Avenue SW, Room 6E353, Washington, DC 20202-2110 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 22 2022 23:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 22 2022 23:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Feb 22 2022 23:19:00 | NEWREZ LLC D/B/A SHELLPOINTMORTGAGE SERVICING, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517824529 | | Email/Text: ally@ebn.phinsolutions.com | Feb 22 2022 23:19:00 | Ally, Acct No xxx-xxxx-x9033, PO Box 380901, Minneapolis, MN 55438-0901 |
| 517824528 | | Email/Text: ally@ebn.phinsolutions.com | Feb 22 2022 23:19:00 | Ally, Acct No xxx-xxxx-x9405, PO Box 380901, Minneapolis, MN 55438-0901 |
| 517858629 | | Email/Text: ally@ebn.phinsolutions.com | Feb 22 2022 23:19:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519277895 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 22 2022 23:16:08 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517858667 | | Email/Text: ally@ebn.phinsolutions.com | Feb 22 2022 23:19:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517917104 | | Email/PDF: bncnotices@becket-lee.com | Feb 22 2022 23:16:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517824530 | + | Email/Text: bk@coastprofessional.com | Feb 22 2022 23:19:00 | Coast Professional, Inc., Acct No 1029641830, PO Box 2899, West Monroe, LA 71294-2899 |
| 517824533 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 22 2022 23:19:00 | ECMC, Acct No xxxxxx1830, Bankruptcy |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 22, 2022 | Form ID: 137 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | Department, PO Boc 16408, Saint Paul, MN 55116-0408 |
| 517824534 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 22 2022 23:19:00 | ECMC, Bankruptcy Department, PO Boc 16408, Saint Paul, MN 55116-0408 |
| 517824538 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 22 2022 23:19:00 | Kohl's/Capital One, Acct No xxx-xxx8-459, PO Box 3120, Milwaukee, WI 53201-3120 |
| 518578868 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2022 23:16:11 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578867 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2022 23:26:23 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518187797 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 22 2022 23:19:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC DBA Shellpoint Mortgage Servi, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518187796 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 22 2022 23:19:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517949516 | + | Email/Text: bncmail@w-legal.com | Feb 22 2022 23:19:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518536150 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518321155 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518167795 | | Email/Text: EDBKNotices@ecmc.org | Feb 22 2022 23:19:00 | U S Department of Education, P O Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517942379 | | DITECH FINANCIAL, LLC |
| cr | *+ | Ally Capital, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2022        Signature:        /s/Joseph Speetjens

Case 18-30886-CMG    Doc 105    Filed 02/24/22    Entered 02/25/22 00:19:14    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 22, 2022 | Form ID: 137 | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINTMORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Regina Cohen | on behalf of Creditor Ally Financial rcohen@lavin-law.com ksweeney@lavin-law.com |
| Shauna M Deluca | on behalf of Debtor Diana M. Kazlauskas-Shaw sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINTMORTGAGE SERVICING smncina@raslg.com |
| Thomas J Orr | on behalf of Debtor Diana M. Kazlauskas-Shaw tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10