| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016<br>Attorney for Debtor<br>tom@torrlaw.com<br>(609)386-8700 | **Order Filed on March 17, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Diana Kazlauskas-Shaw,<br><br>Debtor. | Case No. <u>18-30886 (CMG)</u><br><br>Chapter: <u>13</u><br><br>Hearing Date: <u>March 16, 2022; 12:00pm</u> |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**

**DATED: March 17, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

    ORDERED that <u>Thomas J. Orr</u>, the applicant, is allowed a fee of <u>$1,592.50</u> for services rendered and

expenses in the amount of <u>$0</u> for a total of <u>$1,592.50</u>. The fees are payable:

☒    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

*Rev.8/1/15*

Diana Kazlauskas-Shaw
240 Petticoat Bridge Road
Columbus, NJ 08022

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853