UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                             CASE NO.: 18-30886
                                                                                             CHAPTER 13

**Diana M. Kazlauskas-Shaw,**
  **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                             Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                             Authorized Agent for Secured Creditor
                                             130 Clinton Rd #202
                                             Fairfield, NJ 07004
                                             Telephone: 470-321-7112

                                             By: /s/Aleisha C. Jennings
                                                   Aleisha C. Jennings
                                                   Email: ajennings@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 11, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DIANA M. KAZLAUSKAS-SHAW
240 PETTICOAT BRIDGE ROAD
COLUMBUS, NJ 08022

And via electronic mail to:

SHAUNA M DELUCA
HASBANI & LIGHT, P.C.
450 7TH AVENUE, STE 1408
NEW YORK, NY 10123

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr