Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–30886–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Diana M. Kazlauskas–Shaw
    240 Petticoat Bridge Road
    Columbus, NJ 08022
Social Security No.:
    xxx–xx–5747
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 1/4/23 at 09:00 AM

to consider and act upon the following:

*113* – Creditor's Certification of Default (related document:84 Order (Generic)) filed by Aleisha Candace Jennings on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust. Objection deadline is 12/28/2022. (Attachments: # 1 Exhibit # 2 Certificate of Service # 3 Proposed Order) (Jennings, Aleisha)

Dated: 12/27/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court