Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−30886−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Diana M. Kazlauskas−Shaw
  240 Petticoat Bridge Road
  Columbus, NJ 08022

Social Security No.:
  xxx−xx−5747

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/17/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 17, 2024
JAN: dmi

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                           Case No. 18-30886-CMG
Diana M. Kazlauskas-Shaw                                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                                     Page 1 of 3
Date Rcvd: Apr 17, 2024             Form ID: 148                                  Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana M. Kazlauskas-Shaw, 240 Petticoat Bridge Road, Columbus, NJ 08022-1405 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517824531 | | Ditech Bankruptcy Department, Acct No xxxxxx2634, PO Box 6154, Rapid City, SD 57709-6154 |
| 517824535 | | Federal Loan Servicing, Acct No xxxxxx1830, PO Box 69184, Harrisburg, PA 17106-9184 |
| 517824536 | | Federal Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 517824539 | + | Pennsylvania Turnpike Commision, Acct No xxxx6783, 700 South Eisenhower Boulevard, Middletown, PA 17057-5529 |
| 517824540 | | Professional Account Management, Acct No xxxx6783, PO Box 1153, Milwaukee, WI 53201-1153 |
| 518321155 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518143830 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 17 2024 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 17 2024 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Apr 17 2024 20:39:00 | NEWREZ LLC D/B/A SHELLPOINTMORTGAGE SERVICING, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 17 2024 20:39:00 | US Bank Trust National Association, Not In Its Ind, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 517824529 | | EDI: GMACFS.COM | Apr 18 2024 00:24:00 | Ally, Acct No xxx-xxxx-x9033, PO Box 380901, Minneapolis, MN 55438-0901 |
| 517824528 | | EDI: GMACFS.COM | Apr 18 2024 00:24:00 | Ally, Acct No xxx-xxxx-x9405, PO Box 380901, Minneapolis, MN 55438-0901 |
| 517858629 | | EDI: GMACFS.COM | Apr 18 2024 00:24:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519277895 | + | EDI: AISACG.COM | Apr 18 2024 00:24:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517858667 | | EDI: GMACFS.COM | Apr 18 2024 00:24:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517917104 | | Email/PDF: bncnotices@becket-lee.com | Apr 17 2024 20:48:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517824530 | + | Email/Text: bk@coastprofessional.com | Apr 17 2024 20:40:00 | Coast Professional, Inc., Acct No 1029641830, PO Box 2899, West Monroe, LA 71294-2899 |
| 517824532 | + | Email/Text: mtgbk@shellpointmtg.com | | |

Case 18-30886-CMG    Doc 121    Filed 04/19/24    Entered 04/20/24 00:14:35    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2024 | Form ID: 148 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 17 2024 20:39:00 | Ditech Financial, LLC, Acct No xxxxxx2634, 1100 Virginia Drive, Suite 100A, Fort Washington, PA 19034-3277 |
| 517824533 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 17 2024 20:40:00 | ECMC, Acct No xxxxxx1830, Bankruptcy Department, PO Boc 16408, Saint Paul, MN 55116-0408 |
| 517824534 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 17 2024 20:40:00 | ECMC, Bankruptcy Department, PO Boc 16408, Saint Paul, MN 55116-0408 |
| 517824537 | ^ | MEBN | Apr 17 2024 20:33:49 | KML Law Group, Acct No xxxxxx2634, Mellon Independence Center, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 517824538 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 17 2024 20:39:00 | Kohl's/Capital One, Acct No xxx-xxx8-459, PO Box 3120, Milwaukee, WI 53201-3120 |
| 518578868 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2024 20:48:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578867 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2024 20:47:48 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518187797 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 17 2024 20:39:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC DBA Shellpoint Mortgage Servi, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518187796 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 17 2024 20:39:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517949516 | + | Email/Text: bncmail@w-legal.com | Apr 17 2024 20:40:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518536150 | + | EDI: PRA.COM | Apr 18 2024 00:24:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518167795 | | Email/Text: EDBKNotices@ecmc.org | Apr 17 2024 20:38:00 | U S Department of Education, P O Box 16448, St. Paul, MN 55116-0448 |
| 517824542 | | Email/Text: edbknotices@ecmc.org | Apr 17 2024 20:39:00 | U.S. Department of Education, Office of General Counsel, 400 Maryland Avenue SW, Room 6E353, Washington, DC 20202-2110 |
| 517824541 | | Email/Text: edbknotices@ecmc.org | Apr 17 2024 20:39:00 | U.S. Department of Education, Acct No xxxxxx1830, Office of General Counsel, 400 Maryland Avenue SW, Room 6E353, Washington, DC 20202-2110 |
| 519855158 | + | Email/Text: EBN@edfinancial.com | Apr 17 2024 20:39:00 | U.S. Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517942379 | | DITECH FINANCIAL, LLC |
| cr | *+ | Ally Capital, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | * | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2024       Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINTMORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Regina Cohen | on behalf of Creditor Ally Financial rcohen@lavin-law.com mmalone@lavin-law.com |
| Shauna M Deluca | on behalf of Debtor Diana M. Kazlauskas-Shaw sdeluca@hasbanilight.com hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINTMORTGAGE SERVICING smncina@raslg.com |
| Thomas J Orr | on behalf of Debtor Diana M. Kazlauskas-Shaw tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11